No. 90–6194.   MARSHALL v. FULCOMER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir.   Certiorari denied.

No. 90–6197.   ESTRADA v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 90–6198.   RODRIGUEZ v. YOUNG, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 90–6200.   WILLIAMS v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.   Certiorari denied.

No. 90–6203.   BLATCHFORD v. SULLIVAN, WARDEN, ET AL. C. A. 10th Cir.   Certiorari denied.

No. 90–6204.   RAMOS v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 90–6206.   GALINDO v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 90–6207.   UNDER SEAL v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 90–6208.   COLLINS v. HALCOTT ET AL.   C. A. 2d Cir. Certiorari denied.

No. 90–6209.   GOMEZ v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 90–6211.   BOUSQUET v. NEW HAMPSHIRE.   Sup. Ct. N. H.   Certiorari denied.

No. 90–6214.   DIEMER v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 90–6215.   STEWARD v. GARRETT, SECRETARY OF THE NAVY, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 90–6216.   RODRIGUEZ v. ARVONIO, ADMINISTRATOR, EAST JERSEY STATE PRISON.   C. A. 3d Cir.   Certiorari denied.